**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LAURA RODRIGUEZ LACAYO,

   Plaintiff,                              CASE NO.:  8:17-CV-02110-MSS-AEP

-vs-

RETRIEVAL MASTERS CREDIT BUREAU
d/b/a AMERICAN MEDICAL COLLECTION
AGENCY,

   Defendant.

_____/

## <u>NOTICE OF PENDING SETTLEMENT</u>

     Plaintiff, LAURA RODRIGUEZ LACAYO, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, LAURA RODRIGUEZ LACAYO, and Defendant, RETRIEVAL MASTERS CREDIT BUREAU d/b/a AMERICAN MEDICAL COLLECTION AGENCY, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.   Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                          */s/ Shaughn C .Hill*_____
                          SHAUGHN C. HILL, ESQUIRE
                          Florida Bar No. 105998
                          MORGAN & MORGAN, TAMPA, P.A.
                          One Tampa City Center
                          201 N. Franklin Street, Suite 700
                          Tampa, FL 33602
                          Telephone:  (813) 223-5505
                          Facsimile:  (813) 223-5402
                          Primary Email: SHill@ForThePeople.com
                          Secondary: LCrouch@ForThePeople.com
                          *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13th day of February, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:


SHEPARD, SMITH, KOHLMYER & HAND, P.A.
2300 Maitland Center Pkwy. Ste. 100
Maitland, FL 32751
Toll Free: 866.247.3008
Office: 407.622.1772
Fax: 407.622.1884
*Attorneys For Defendant*


*/s/ Shaughn C. Hill*
SHAUGHN HILL, ESQUIRE
Florida Bar No.: 105998